**94-2212.** Visocky v. Farmers Ins. of Columbus. *Cuyahoga County*, No. 66356. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application be, and the same is hereby, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94-2606.** State v. Grandberry. *Lorain County*, No. 94CA005781. This cause is pending before the court as a discretionary appeal. Appellant's motion for delayed appeal was granted on January 18, 1995 and appellant's memorandum in support of jurisdiction was due February 17, 1995. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.

**94-2686.** State ex rel. Nicholis v. Indus. Comm. *Franklin County*, No. 93APD12–1649. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Franklin County. Appellant/cross-appellee's brief was due February 21, 1995. It appears from the records of this court that appellant/cross-appellee has not filed a brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that appellant/cross-appellee's appeal be, and hereby is, dismissed *sua sponte*.

The cross-appeal remains pending and the cross-appellant's brief in support of the cross-appeal shall be due March 23, 1995.

**94-2695.** Wright v. Clerk of the Court of Claims. *Franklin County*, No. 93AP–1058. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Appellant's brief was due February 21, 1995. It appears from the records of this court that appellant has not filed a brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.

**94-2698.** State ex rel. Triplett v. Gillie. *Franklin County*, No. 94APD09–1294. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Appellant's brief was due February 21, 1995. It appears from the records of this court that appellant has not filed a brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.

**95-30.** State v. King. *Clark County*, No. 2502. This cause is pending before the court as an appeal from the Court of Appeals for Clark County. Appellant's brief was due February 6, 1995. It appears from the records of this court that appellant has not filed a brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.

*Wednesday, March 8, 1995*

## MOTION DOCKET

**92-2565.** State v. Scudder. *Franklin County*, No. 91AP–506. On motion for stay of execution pending decision of the United States Supreme Court on petition for certiorari. Motion granted.